Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

FILED 6 JUL '17 11:34USDC-ORP

1 On Oregon IN THE UNITED STATES DISTRICT COURT aka d(D)istrict c(C)ourt of the

2 United States FOR THE DISTRICT OF OREGON seeking jurisdiction and justice at      1000

3 SW 3rd Ave, Portland in courthouse 740!

4 Ronald Charles Vrooman                                )

5 Party for Plaintiff Pro se and                        )

6 Ronald Charles Vrooman Private Attorney               )
Generals by the United States Congress 42
7 U.S.C.1988 and18 U.S.C.1510 and 18 U.S.C.             )
1512 and to be known as "One of the People"
8 also "Qualified Criminal Investigator" and            )
9 "Federal Witness" and by unrebutted affidavit.        )
Status identified and unrebutted. Beaverton
10 Oversight Committee and its members;
11 Ronald Vrooman, Raymond Senkel, Richard
Koenig, Ross Abordokaninau, Laura Weaver,
12 Kambiz Moradi, Chris Walker; Others to be
named and added later.
13

14

15 Vrs.

16
Beaverton City, city of Beaverton, City of
17 Beaverton as the Oregon State Chartered
entity and as the subdivision of the county of
18 Washington a subdivision of the state of
19 Oregon and Denny Doyle, Lacy Beaty, Betty
Bode, Mark Fagin, Cate Arnold, Marc San
20 Soucie, William Kirby,  un-named but titled
as Presiding Judge, Associate Judge and all
21 others such as attorneys sitting on the bench,
22 City Manager all in their person and to be
named later.
23

24
Defendants, party against
25

Case number: 3,'17  CV  1051-BR

A new case into Equity Court Portland.

Failure to provide due process and violations of inalienable, civil and human rights and RICO. All are violations of 18 USC 3571 and other codes, thus of our inalienable rights guaranteed by our founding documents such as the Constitution.  During the unlawful conduct in their council and courts and in their paperwork, proof of and incontrovertible evidence in their own records of violation of governing law. SCOTUS case law is law for all inferior courts. Thus my/our rights as/for Oregonians, non US citizens, free inhabitants, and others as they are identified have been violated.

1 of 4

certified copy
RW 7/6/17

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

26  Notice to the agent is notice to the principal and Notice to the principal is notice to
27  the agent. City of is a subdivision of, county of is a subdivision of, state of is a
28  subdivision of US inc in all of its forms.

29  It was the original intention to just obtain the documents needed to comprehend the
30  issues.  However, when accompanying the members of the Beaverton Oversight Committee, to
31  meetings of the city council; addressing many issues on the public record and with public records
32  requests and demands and FOIA documents!. We find that the named defendants have all been
33  encouraged to self correct and choose not to. Our interacting with assorted employees of the
34  various corporate governances and unproven courts of record with unproven jurisdiction: it
35  becomes necessary to add this affidavit of truth to this case. Others to be included.

36  THE CLAIMS by affidavit of truth Ronald Charles Vrooman:  I filed into this court with a server
37  as witness present.

38  The chain of events goes like this. A group of we the people gathered at the city council's
39  meeting at city hall. We put in a form to speak. I was given the floor.

40  Following a script under the rules of the meeting and the charter from the Oregon state. We the
41  people did under due process form the Beaverton Oversight Committee on the record of the city
42  councils meeting. It was proposed, made a motion, seconded. The vote was called and there were
43  aye or votes for and non against. The Beaverton Oversight Committee was lawfully constituted.

44  The committee has attempted to meet, with the city manager and were excluded from the
45  building by cops, two un indicted cop employees at this time. The committee registered with the
46  Oregon Secretary of State obtained a Fed ID # and a bank account and invoiced the city several
47  times and sent statements also. We were denied due process.

48  We lawfully formed our committee and at a public city council meeting, we concluded the
49  forming and the costs were presented to the council. That is a lawful contract, made within the
50  charter's conditions. The only authority to change the charter is by we the people.

51  We are conducting an ongoing RICO investigation of 1. The building housing the court and cop
52  shop on Griffith is with clouded documentation and fraud and due process violations are
53  suspected. The title shows Beaverton City; the deed on the next page shows City of Beaverton,
54  the President of the land company selling the property was a former Mayor. FOIA and public
55  records demands/request go un-answered. However emails from Carla go without proof.

56  Breach of contract is a claim at this time. Other claims and persons may be added as we decide.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

57   Remedy: To pay back fees to the committee's members Ron Vrooman. Richard Koenig, Kambiz
58   Moradi, Ross Abordokaninau into a trust for distributions needed to perform the committee's
59   functions. Then start an equitable coexistence within law and equity, by fulfilling the agreement..

60   ORCP20A; Clearfield Doctrine; Accardi Doctrine; ex Parte Young; ex parte Milligan are all
61   specifically called into this case. They are all governing law.

62   Claim: These persons on their records have denied we the people of the Beaverton Oversight
63   Committee remedy by due process violations and failure to abide by governing law.

64   Claim: File on demand, as there is no fee for a man to obtain justice in a court. This has been
65   denied and cases dismissed because I refused to be denied access to governing law. This fee has
66   been collected and will not be reimbursed or refunded.

67   Claim: Each court previously listed has been challenged to prove their jurisdiction, in writing,
68   into the record and not one has followed governing law or defaulted, no judge or magistrate has
69   responded either, legal fictions, color of law. They have jurisdiction over the corporate
70   governance, US citizens and attorneys but not me until proven. This is a violation of governing
71   law.

72   Claim: A right cannot be converted to a privilege to my detriment; this has been done to me. This
73   is a violation of governing law.

74   This is where many start quoting case law. As I have quoted case law in several cases, many if
75   not all cases in law, and it has been ignored. I will wait to quote more case law. Look it up
76   yourself. This is sufficient to start this case, I need only one claim.

77   Each person listed has many claims against them and to list them all here is a waste, as the
78   transcripts and records filed into each case D144354M and UC 7945181 and the city's public
79   records, they will provide incontrovertible facts, be the evidence for this case. Read the case,
80   read the governing law, it is obvious to the jury. I am guaranteed Article III, 11th and VII
81   amendment court, which has proven to be unavailable as guaranteed. Hence we file into Equity.

82   I do legal not lawful and this is my best effort. If my work is deficient please
83   notify me. My status is filed as fact: The right to expatriate is among those we all have. I
84   have done so and filed it into the public record with city of Beaverton, and as a paper into the
85   Beaverton Municipal Court in UC 7945181, and Federal District Court. It is not challenged, so it
86   stands as fact. I am an American state national, a non US citizen; I am on Oregon; I am the
87   trustee of a PMA in the name RONALD CHARLES VROOMAN; I am a flesh and blood man
88   without mala in se crime; I am not in commerce with the state of Oregon; I am without the state
89   of Oregon; within the united States of America. My status is defined and acknowledged in the
90   public record and two courts of recorded, un-rebutted and stands as fact. Therefore, are we

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
*ronvrooman38@gmail.com*

91    dealing with governing law?? Please remember I am not subject to your rules, codes,
92    and statutes. You are, as determined by SCOTUS, that's governing law.

93    Each court and person listed has 21 days from service date to answer the claims and provide
94    notice of intent to defend or default or be in default. This court has 90 days to start the trial, 21
95    days to prove jurisdiction or default with the same penalties.

96    The courts have jurisdiction over the corporate governance entities, inferior courts and BAR
97    attorneys and US citizens that don't know better. But not we the flesh and blood people on
98    Oregon, until proof of jurisdiction is filed in writing into the record of the court in each case,
99    including this one. The Supreme court claims jurisdiction in the Constitution! I deny the claim,
100   therefore, they must provide the proof in writing. Therefore, they can comply; all except me and
101   the additional plaintiffs/party for named are persons of the corporate governance...

102   A default is acquiescence to the charges and proof of desire to settle by finding against my
103   convictions in both D144354M and UC 7945181. This filed document and a calendar are
104   sufficient to demand and to obtain; from this or any federal district court an order to dismiss the
105   convictions forever, to be so ordered by this or any federal court within 10 days or not my
106   choice, from default date and to be enforced by the United States Marshal Service within 20 days
107   from default date, at my behest....

108   A default is also sufficient proof to demand that 18 USC 3571 due process has been violated and
109   a penalty of 250,000.00 dollars in silver or the exchange rate in Federal Reserve Notes on the
110   default date. To be paid to Ronald Charles Vrooman and others to be identified by claim in the
111   future; by each court and person in default or their bond or risk management insurance within 10
112   days of receiving the order from a court or be in contempt of this or any federal court and
113   prosecuted within 10 days... To be so ordered by a court within 10 days from default date and to
114   be enforced by the United States Marshal Service within 20 days from default date or be in
115   contempt of this court and prosecuted within 10 days; at my behest...

116   Without equivocation, mental reservation or secret evasion is required of all named here and
117   acting in this matter. No color of law or legal fiction.

*without State of Oregon without county of Washington*
*Under penalty of perjury*
*Signed and sworn before me*

*Ronald Charles Vrooman*
*on Oregon within the*
*United States of America*
*7/6/17*

OFFICIAL SEAL
MELISSA MAE STUDINGER
NOTARY PUBLIC - OREGON
COMMISSION NO. 941448
MY COMMISSION EXPIRES AUG. 16, 2019

*Notary Public - State of OR*